KEVIN V. RYAN (CSBN 118321)
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

E-FILING

FILED
JUN 01 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Rafael Manzo

Defendant.

CRIMINAL NO. CR07-70321PVT

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 6/1/07, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment ☐ Information ☐ Criminal Complaint ☐ Other ________________

pending in the Eastern District of California, Case Number 07-~~[illegible]~~ 00142

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 287+2

Description of Charges: Making + Presenting a False, Fictitious Claim Against the U.S. and Aiding + Abetting

Respectfully Submitted,
~~KEVIN V. RYAN~~ SCOTT SCHOOLS
UNITED STATES ATTORNEY

Date: 6/1/07

[signature]
Assistant U.S. Attorney

McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
MARK J. McKEON
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

COPY

FILED

MAY 31 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAFAEL MANZO,

Defendant.

1:07 CR 00142 LJO

VIOLATIONS:

18 U.S.C. §§ 287 and 2 - Making or Presenting a False, Fictitious, or Fraudulent Claim Against the United States and Aiding and Abetting; (30 Counts)

I N D I C T M E N T

COUNTS ONE THROUGH THIRTY: [18 U.S.C. §§ 287 and 2 - Making or Presenting a False, Fictitious or Fraudulent Claim Upon or Against the United States and Aiding and Abetting]

The Grand Jury charges:

RAFAEL MANZO,

defendant herein, as follows:

I. INTRODUCTION

1. At all times relevant to this Indictment, defendant

RAFAEL MANZO was a licensed tax preparer dba MANZO TAX SERVICE.

2. At all times relevant to this Indictment, the United States Internal Revenue Service was an agency of the United States.

II. MAKING OR PRESENTING FALSE CLAIMS

3. Beginning in or about January 2002, and continuing to in or about December 2003, within the State and Eastern District of California and elsewhere, the defendant made and presented, and aided and abetted the making or presenting of, false claims against the Internal Revenue Service.

4. The defendant, and other persons known and unknown to the grand jury, would obtain names, social security numbers, and dates of birth for deceased individuals.

5. The defendant, and other persons known and unknown to the grand jury, would prepare Individual Federal Income Tax returns using the names and social security numbers of the deceased individuals.

6. The defendant, and other persons known and unknown to the grand jury, would then submit, and cause to be submitted, to the Internal Revenue Service, the Individual Federal Income Tax returns which contained false and fictitious information. The tax returns used false Forms W-2 to claim fraudulent wages and withholdings, thereby making the alleged taxpayer eligible for a tax refund.

7. Defendant would use post office box and residence addresses to which he had access or which he controlled to receive the fraudulent refund checks.

8. Once defendant and others received the fraudulent refund checks, a signature which purported to be that of the deceased payee was affixed to the back of the checks as an endorsement. These refund checks were then presented to the Internal Revenue Service for payment through financial institutions.

9. Some of the refund checks were cashed by defendant or others. Other refund checks were deposited into accounts at financial institutions which were owned or controlled by the defendant or to which the defendant had access. Some of the tax returns were identified as fraudulent before refund checks were issued.

III. FALSE RETURNS

10. On or about the dates specified below, the defendant made and presented, and aided and abetted the making or presenting, of a false claim against the Internal Revenue Service, that is, the defendant made and presented, and caused to be made and presented, tax returns for each of the taxpayers, for the tax years and in the amounts set forth below, which the defendant then and there knew were false, fictitious and fraudulent:

///
///
///
///
///
///
///
///

| COUNT | TAXPAYER | TAX YEAR | APPROXIMATE DATE | APPROXIMATE AMOUNT |
|---|---|---|---|---|
| ONE | Sonia S. Ramirez | 2002 | 4/15/03 | $2,449 |
| TWO | Jose Esquivel | 1999 | 6/3/02 | $3,856 |
| THREE | Juan J. Molina | 2000 | 11/15/02 | $4,164 |
| FOUR | Angel Gonzalez | 2000 | 11/4/02 | $3,450 |
| FIVE | Gerardo Gonzalez | 2000 | 6/27/03 | $4,000 |
| SIX | Gerardo Gonzalez | 2001 | 6/25/03 | $4,184 |
| SEVEN | Hector Perez | 2000 | 6/24/03 | $3,888 |
| EIGHT | Aroon S. Salcedo | 2001 | 7/7/03 | $2,254 |
| NINE | Manuel Flores | 2000 | 7/10/03 | $3,897 |
| TEN | Roberto Ceballos | 2001 | 7/20/03 | $4,309 |
| ELEVEN | Daniel Rico | 2000 | 8/4/03 | $3,803 |
| TWELVE | Enebelle E. Camacho | 2000 | 8/10/03 | $3,888 |
| THIRTEEN | Guillermo G. Saldana | 2001 | 10/25/02 | $2,530 |
| FOURTEEN | Arturo Gonzalez | 2000 | 7/8/03 | $3,128 |
| FIFTEEN | Margarita C. Ayala | 2001 | 10/25/02 | $4,946 |
| SIXTEEN | Guillermo G. S. | 1999 | 10/29/02 | $3,452 |
| SEVENTEEN | Patricia Garcia | 2000 | 6/6/02 | $3,930 |
| EIGHTEEN | Felipe Contreras | 1999 | 10/25/02 | $1,293 |
| NINETEEN | Jesus Rivera | 1999 | 10/25/02 | $3,427 |
| TWENTY | Gustavo Ochoa | 1999 | 10/25/02 | $2,906 |
| TWENTY-ONE | Antonio Rojas | 2002 | 4/15/03 | $2,018 |
| TWENTY-TWO | Juan C. Jaramillo | 2001 | 7/7/03 | $2,027 |
| TWENTY-THREE | Bertha Chavez | 2001 | 9/24/02 | $2,662 |
| TWENTY-FOUR | Juan J. Mata | 2001 | 9/16/02 | $2,718 |

| TWENTY-FIVE | Juan Jose Martinez | 2001 | 8/13/02 | $1,046 |
|---|---|---|---|---|
| TWENTY-SIX | Juan Jose Martinez | 2000 | 8/13/02 | $2,353 |
| TWENTY-SEVEN | Jorge Rivera | 1999 | 10/25/02 | $3,983 |
| TWENTY-EIGHT | Martin M. Cabrera | 2000 | 11/15/02 | $3,607 |

IV. TAX REFUND CHECKS

11. On or about the dates specified below, the defendant made and presented, and aided and abetted the making or presenting, of a false claim against the Internal Revenue Service, that is, the defendant made and presented, and caused to be made and presented, tax refund checks for each of the taxpayers, for the tax years and in the amounts set forth below, which the defendant then and there knew were false, fictitious and fraudulent:

| COUNT | TAXPAYER | TAX YEAR | APPROXIMATE DATE | AMOUNT OF REFUND |
|---|---|---|---|---|
| TWENTY-NINE | Raul H. Tinajero | 2000 | 7/19/02 | $2,577 |
| THIRTY | Sonia S. Ramirez | 2001 | 6/3/02 | $2,428 |

///
///
///
///
///
///

All in violation of Title 18, United States Code, Sections 287 and 2.

A TRUE BILL

/s/
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By [signature]
MARK E. CULLERS
Assistant U.S. Attorney

# WARRANT OF ARREST
# UNITED STATES DISTRICT COURT

ISSUED

INSTRUCTIONS: Forward copies Number 1 AND 2 intact to the US Marshal. Forward copy Number 3 to US Attorney's office. Retain number 4 copy. If applicable, use Number 4 copy to withdraw warrant. After completion of return, US Marshal will distribute copies Number 1 through 3 as appropriate.

| Name of Person<br>RAFAEL MANZO | DISTRICT OF ISSUE<br>EASTERN DISTRICT OF CALIFORNIA | Docket Number<br>1: 07 CR 00142 LJO |
|---|---|---|

**REASON FOR WARRANT**

X Indictment ☐ Information ☐ OTHER (SPECIFY)

| 18 U.S.C. §§287 & 2 | Making or Presenting a False, Fictitious, or Fraudulent Claim Against US & Aiding and Abetting | NO BAIL |
|---|---|---|
| Date: 5/31/07 | DEPUTY CLERK: S. MARTIN | Signature of issuing official: [signature] |

TO: ANY US MARSHAL OR ANY OTHER AUTHORIZED OFFICER

☒ You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Court or (*if applicable*) before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the indictment or information.

THE US MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE US MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.

**RETURN**

I certify I executed this warrant and such other order directed herein as shown below.

| Date Received | Arresting Agency (if not US Marshal) | Signature of Arresting Agent (if not US Marshal) |
|---|---|---|
| Date Committed | Place of Confinement | ☐ Executed<br>☐ Unexecuted<br>☐ Withdrawn |
| Date of Return | Name of US Marshal | Signature of US Marshal or Deputy |

MA FORM 6 EASTERN DISTRICT OF CALIFORNIA
COPY NUMBER 1 - ACTION COPY
COPY NUMBER 2 - CONFINEMENT AGENCY COPY
COPY NUMBER 3 - US ATTORNEY COPY
COPY NUMBER 4 - CLERKS OFFICE COPY

# FINANCIAL AFFIDAVIT

CJA 23 REV. 1/90

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF ______ VS. ______ FOR ______ AT ______

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Rafael Manzo

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

18 USC § 287

FILED
JUN 1 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) ______

DOCKET NUMBERS
Magistrate: CR07-70321 PVT
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed

Name and address of employer: Salinas Jr. High District (Custodian)

IF YES, how much do you earn per month? $ Net 2,400

IF NO, give month and year of last employment. How much did you earn per month $______

If married is your Spouse employed? ☒ Yes ☐ No

IF YES, how much does your Spouse earn per month $ 3,000

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| | |
| | |
| | |

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 500.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ 550,000 | 513 Mae Ave Salinas 93905 |
| | (100K inequity) |
| 600.00 | 1991 Truck Chevy |
| | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them:
Cesar
Angel
Luis

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: RENT & UTILITIES | $ 450,000 home loan | $ 3600.00 |
| FOOD & CLOTHING | $ | $ 450.00 |
| TRANSPORTATION (CAR PAYMENTS, INSURANCE, GAS, ETC. | $ | $ 1200. |
| OTHER DEBTS & FINANCIAL OBLIGATIONS | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature] 6/1/07

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.