AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| Rafael Manzo | (DEFENDANT OUT OF CUSTODY) |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | CR07-70321 PVT | FILED |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

JUN 0 1 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

charging a violation of  18  U.S.C. §  287 & 2

**DISTRICT OF OFFENSE**  Eastern District of California

**DESCRIPTION OF CHARGES:**

Making a false, fictitious, or fraudulent claim against the United States & Aiding and Abetting

**CURRENT BOND STATUS:**

☑ Bail fixed at  O/R  and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:**  ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☑ No  ☐ Yes  Language:

| 6/1/07 | Patricia V. Trumbull |
| Date | United States Judge or Magistrate Judge |

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |