# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

June 4, 2007

**Clerk of Court**
**US District Court for Eastern California**
2500 Tulare Street, Suite 1501
US Courthouse Building
Fresno, CA 93721-2201

Case Name: **US-vs-Rafael Manzo**
Case Number: **5-07-70321-PVT (Your Case# 07-00142)**
Charges: 18:287 & 2

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
(X) The defendant has a court appearance in your court on:
**6/7/07 @ 1:30 PM before the EDCA, Fresno, Duty Magistrate Judge**

Enclosed are the following documents:

original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk